```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06605
   RUTH M RICHTER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2271


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/20/2008 and was not confirmed.

      The case was dismissed without confirmation 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------

TSYS DEBT MANAGEMENT       UNSECURED        489.41           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        15723.72          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED         .00             .00
CHARLES WM DOBRA           PRIORITY        NOT FILED         .00             .00
CITICORP CREDIT SERVICES   NOTICE ONLY     NOT FILED         .00             .00
CITIBANK                   NOTICE ONLY     NOT FILED         .00             .00
CONSUMER CREDIT COUNSELI   UNSECURED       NOT FILED         .00             .00
OMNI CREDIT SERVICE        UNSECURED       NOT FILED         .00             .00
HSBC NEVADA                NOTICE ONLY     NOT FILED         .00             .00
TSYS DEBT MANAGEMENT       UNSECURED        852.50           .00             .00
MIDWEST HEART SPECIALIST   NOTICE ONLY     NOT FILED         .00             .00
NATIONAL ASSET RECOVERY    UNSECURED       NOT FILED         .00             .00
ALEXIAN BROTHERS MED CEN   UNSECURED        461.90           .00             .00
ST ALEXIUS MEDICAL CENTE   NOTICE ONLY     NOT FILED         .00             .00
ST ALEXIUS MEDICAL CENTE   UNSECURED       NOT FILED         .00             .00
T-MOBILE USA               UNSECURED         90.80           .00             .00
THILMANY & NEIS            UNSECURED       NOT FILED         .00             .00
MIDWEST HEART SPECIALIST   UNSECURED       NOT FILED         .00             .00
AT & T UNIVERSAL CARD      UNSECURED       NOT FILED         .00             .00
AT & T UNIVERSAL CARD      NOTICE ONLY     NOT FILED         .00             .00
AT & T                     NOTICE ONLY     NOT FILED         .00             .00
AT & T UNIVERSAL CARD      NOTICE ONLY     NOT FILED         .00             .00
AT&T UNIVERSAL CARD        NOTICE ONLY     NOT FILED         .00             .00
AMERICAN CORADIUS INTL     NOTICE ONLY     NOT FILED         .00             .00
BLOOMINGDALES              UNSECURED       NOT FILED         .00             .00
BLOOMINGDALES              NOTICE ONLY     NOT FILED         .00             .00
BLOOMINGDALES VISA         UNSECURED       5003.78           .00             .00
AMERICAN CORADIUS INTL     NOTICE ONLY     NOT FILED         .00             .00
BLOOMINGDALES              NOTICE ONLY     NOT FILED         .00             .00
BLOOMINGDALES              NOTICE ONLY     NOT FILED         .00             .00
ARROW FINANCIAL SERV       UNSECURED        334.60           .00             .00
CARSON PIRIE SCOTT         NOTICE ONLY     NOT FILED         .00             .00
LVNV FUNDING               UNSECURED      47376.38           .00             .00
CITI CARDS                 NOTICE ONLY     NOT FILED         .00             .00
CITI CARDS                 NOTICE ONLY     NOT FILED         .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 06605 RUTH M RICHTER
```

```
CITIBANK                     NOTICE ONLY    NOT FILED              .00           .00
HASHEMI MEDICAL GROUP        UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE     UNSECURED       1038.63               .00           .00
LVNV FUNDING                 UNSECURED      21548.33               .00           .00
CHARLES WM DOBRA             DEBTOR ATTY         .00                             .00
TOM VAUGHN                   TRUSTEE                                             .00
DEBTOR REFUND                REFUND                                              .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                        .00                    .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/23/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 06605 RUTH M RICHTER